## HOOD v. FORD et al.

No. 7344—Opinion Filed Nov. 21, 1916.

(161 Pac. 213.)

Error from District Court, Alfalfa County; James B. Cullison, Judge.

Action by E. Ford and Matilda J. Ford against E. E. Hood, trustee of the Shawnee Life Insurance Company, a corporation, dissolved. There was judgment for plaintiffs, and defendant brings error. Affirmed.

Lydick & Eggerman and Titus & Talbot, for plaintiff in error.

Owen & Hill, W. E. Wiles, and E. S. Hadley, for defendants in error.

Opinion by HOOKER, C. Under the authority of Shawnee Life Insurance Co. v. Taylor, 58 Okla. 313, 160 Pac. 622, and E. E. Hood, Trustee, v. Wood, ante, p. 294, 161 Pac. 210, this case is affirmed.

By the Court: It is so ordered.